IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PENNY H. ROSE,**

      **Plaintiff,**

v.                                                                                                          No. 13-cv-0593 SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

      **Defendant.**

### ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE OF PROCESS

      THIS MATTER comes before the Court on Plaintiff's ex parte Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] ("Motion"), filed on June 26, 2013. She requests that she be permitted to proceed in accordance with 28 U.S.C. § 1915, to file her Complaint without paying the filing fee, and that the Court direct the United States Marshals Service to serve Defendant. Motion [Doc. 2]. The Court, being fully advised in the premises FINDS that the Motion is well-taken and should be GRANTED.

      **IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's ex parte Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefore.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**