IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PENNY H. ROSE,

    Plaintiff,

vs.                                                                              CIV 13-0593 JB/KBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order Adopting Magistrate Judge's Analysis and Recommended Disposition, filed July 31, 2014 (Doc. 27)("MOO"). In the MOO, the Court adopted the Proposed Findings and Recommended Disposition, filed July 1, 2014 (Doc. 26)("PFRD"), in which the Honorable Karen B. Molzen, Chief Magistrate Judge for the District of New Mexico, recommended that the Court deny the Plaintiff Penny H. Rose's Motion for Reversal and Remand for Further Proceedings, filed November 19, 2013 (Doc. 22)("Motion to Remand"), affirm the Commissioner's decision, and dismiss the Complaint, filed June 26, 2013 (Doc. 1). See PFRD at 15; MOO at 8. Because the Court has adopted the PFRD, denied the Motion to Remand, and dismissed the Complaint, entry of final judgment is appropriate in this matter.

**IT IS ORDERED** that final judgment is entered and this civil proceeding is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Meredith M. Baker
Law Office of Meredith M. Baker, LLC
Albuquerque, New Mexico

--and--

Karl Osterhout
Osterhout Disability Law, LLC
Oakmont, Pennsylvania

    *Attorneys for the Plaintiff*

Steven C. Yarbrough
  Acting United States Attorney
Manuel Lucero
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

--and--

Una McGeehan
  Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
Dallas, Texas

    *Attorneys for the Defendant*